## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                            Case No.   3:20-mj-1190-JRK

**TRAVIS RYAN PRITCHARD**                      Defense Atty: Bryan E. DeMaggio, Esquire
                                                AUSA: Kelly Karase, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 5/12/2020<br>2:38 p.m. – 2:50 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Angela Loeschen | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | Kimberly Barrett |

## CLERK'S MINUTES

**PROCEEDINGS:**            **INITIAL APPEARANCE**

Attorney Bryan E. DeMaggio advised the Court he has been retained to represent Defendant.

Defendant arrested today by HSI and brought to court today.

Defendant advised of rights, charge, penalties, and special assessment.

Defendant advised of the right to a preliminary hearing.

Government's oral motion for detention.

Government's oral motion to continue the detention hearing, without objection from the Defendant, is **GRANTED.**

Detention hearing set for **Friday, May 15, 2020 at 11:00 a.m.**

**Order of Temporary Detention to enter.**