**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**

**TRAVIS RYAN PRITCHARD**

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**Case No. 3:20-mj-1190-JRK**

Upon the oral motion of the Government to continue the detention hearing, the motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for **May 15, 2020, at 11:00 a.m.,** before **James R. Klindt, United States Magistrate Judge,** in **Courtroom No. 5D, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.** The Government's case agent (or other law enforcement officer with knowledge of the underlying facts of the case and the investigation) must be present at the hearing.[1] Pending this hearing the Defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: May 12, 2020

JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Karase)
Bryan E. Demaggio, Esquire
U.S. Marshals Service
U.S. Pretrial Services

---

[1] If the Government is advised prior to the detention hearing that Defendant intends to waive the hearing or move to continue the hearing, this requirement is lifted.