# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                 Case No.   3:20-mj-1190-JRK

**TRAVIS RYAN PRITCHARD**       Defense Attys: Bryan E. DeMaggio, Esquire &
                                 Camille Elizabeth Sheppard, Esquire
                                 AUSA: Ashley Washington, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 5/15/2020<br>11:09 a.m. – 12:57 p.m.<br>Recess<br>1:23 p.m. – 2:06 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Angela Loeschen | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | Kimberly Barrett |

## CLERK'S MINUTES

**PROCEEDINGS:**              **DETENTION HEARING**

Government's proffer.

Defendant's proffer.

Government's Exhibit 1 (under seal):
    Admitted into evidence, over objection from Defendant

Defendant's witnesses:
    Benjamin Luedke, Special Agent, Homeland Security Investigations
    Leroy Pritchard, Potential Third-Party Custodian

Government's oral motion for detention is **GRANTED.**

**Order of Detention to enter.**

Preliminary hearing set for **Thursday, May 21, 2020 at 2:00 p.m.**

**Notice to enter.**